# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2026-1390
LT Case No. 45-2016-CF-971-A

—————————————————

ZACHARY MARK FILA,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

—————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Zachary Mark Fila, Mayo, pro se.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Respondent.

July 31, 2026

PER CURIAM.

 The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the January 12, 2026 order denying Appellant's motion for postconviction relief, rendered in Case No. 45-2016-CF-971-A, in the Circuit Court in and for Nassau County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

 PETITION GRANTED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____